Vinesign Document ID: B5C62699-7219-453E-BE5C-ED6ED8564437

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMANDA WATZKA, BROOKE LA COUNT, and GRACE WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION OF OCONTO FALLS PUBLIC SCHOOL DISTRICT,<br><br>Defendant. | )<br>)<br>) Case No. 26-cv-00392<br>)<br>) The Hon. Judge Byron B. Conway<br>)<br>) Magistrate Judge Joseph<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED |

## DECLARATION OF MADISON PECHA

Pursuant to 28 U.S.C. § 1746, Declarant, Madison Pecha, hereby declares that the following statements are true and correct based upon personal knowledge and that, if called to testify, I would testify consistently herewith:

1. I am an adult resident of Milwaukee, Wisconsin and am competent to testify to the matters set forth herein based on my personal knowledge.

2. I attended Oconto Falls High School and graduated in 2018. The facts set forth in this Declaration are based on events I personally witnessed or experienced during my time as a student there.

3. During my time at Oconto Falls High School, I was involved in theater and performing arts. Gayle Gander was a teacher and theater director at the school. Throughout my high school years, Gander regularly told me I was one of his favorite students. In theater productions, musicals, and other performing arts activities, he consistently cast me as the love interest, which seems odd to me in retrospect.

4. During the 2017–2018 school year, my senior year, I wished to take my senior photographs inside the Performing Arts Center ("PAC") because of my involvement in theater. I texted Gander

The signed document can be validated at https://app.vinesign.com/Verify

to ask if I could obtain keys to access the PAC. Rather than handing the keys to me at the door, Gander invited me to come inside his home to retrieve them.

5. Once inside, Gander positioned himself between me and the door. He told me that his wife was not home. I became concerned that he intended to take advantage of me. In order to leave, I told him I was running late and used my body to physically maneuver around him. He did not physically restrain me and reacted quietly. I retrieved the keys and left.

6. I later had to return the keys to Gander at his home. I felt that I had to pretend the incident had not happened, and the relationship between us returned to normal after that. I did not report the incident to anyone at the school at the time. I felt that I was at fault for going into his house, and I did not want to get him in trouble because he had given me the master key to the school.

7. Separately, during my time at Oconto Falls High School, I personally observed a teacher, identified herein as Staff Member C, engage in a pattern of sexually inappropriate physical conduct directed exclusively at female students during class. Specifically, when a female student raised her hand or asked a question, Staff Member C would approach her desk, lean over it, and rub his genitals against the edge of the desk while answering her question. He stood approximately one foot from the student and the contact lasted a matter of seconds per occurrence. I never saw him engage in this conduct with male students.

8. I personally observed Staff Member C engage in this conduct approximately twenty times across his classes, including to me. During these incidents, you could observe his genitals through his pants.

9. Staff Member C was also associated with the school's wrestling program, through which, to my knowledge, male staff members sought out attractive female students to serve as team assistants.

10. Further Declarant sayeth not.

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct to the best of my knowledge.

Executed on this ____03/14/2026____, 2026.

_Signed by Madison Pecha_
_I approve this document_
_3/14/2026 11:29 PM UTC_

_____
Madison Pecha

3

Case 1:26-cv-00392-BBC    Filed 03/16/26    Page 3 of 3    Document 7-3