Vinesign Document ID: C5B8A79F-C223-4533-90FE-00E7015CF966

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMANDA WATZKA, BROOKE LA COUNT, and GRACE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOARD OF EDUCATION OF OCONTO FALLS PUBLIC SCHOOL DISTRICT, <br><br> Defendant. | ) <br> ) <br> ) Case No. 26-cv-00392 <br> ) <br> ) The Hon. Judge Byron B. Conway <br> ) <br> ) Magistrate Judge Joseph <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF AMARA CALMES

Pursuant to 28 U.S.C. § 1746, Declarant, Amara Calmes, hereby declares that the following statements are true and correct based upon personal knowledge and that, if called to testify, I would testify consistently herewith:

1. I am an adult resident of Wisconsin and am competent to testify to the matters set forth herein based on my personal knowledge.

2. I attended Oconto Falls High School from approximately 2013 to 2017, graduating in 2017. The facts set forth in this Declaration are based on events I personally witnessed, experienced, or was informed of during my time as a student there.

3. During either my freshman or sophomore year of high school, I walked into the athletic training room and observed a male athletic trainer alone with a female classmate, identified herein as Student A. Upon entering, the trainer was positioned over Student A, and they both appeared startled and moved quickly from each other. I found the situation unusual and reported what I had seen to Mrs. Larsen, a teacher and coach at the school. Mrs. Larsen responded that they were probably not doing anything. I heard rumors, though, that the athletic trainer and the female classmate were having a relationship.

The signed document can be validated at https://app.vinesign.com/Verify

4. During her Health class at Oconto Falls High School, Ms. Larsen — the same teacher to whom I had reported my observations about the trainer and Student A — frequently spoke about her daughter Brynne Larsen. It was through these classroom discussions, and through conversations among my peers that followed, that I became aware that Brynne Larsen had been involved in an inappropriate relationship with a student. I do not know why Brynne Larsen continued to be at the school.

5. Beginning in my freshman year of high school and continuing through my senior year, I was being subjected to sexual touching at home by adult men — including an individual named Nathan and others — whom my mother had allowed to move into our home. These individuals were drug-addicted acquaintances of my mother. The conduct included touching me over my clothes, grabbing my breasts, hugging me inappropriately, and leering at me. I was frightened and did not feel safe at home.

6. Over the course of my four years at Oconto Falls High School, I reported my home situation and the sexual touching I was experiencing to at least eight school employees. I told each of them, in substance, that there were drug deals occurring at my home, that I was being touched inappropriately, and that I was scared. I reported this to anyone who would listen.

7. Of the eight school employees I informed, only Mr. Burish took meaningful action. He reported my disclosure to Anne Shallow and followed up with me after school to check on my wellbeing. To my knowledge, no other employee contacted authorities, referred me to services, or followed up with me in any way.

8. Despite my repeated disclosures to school counseling and teaching staff over multiple years, no one at Oconto Falls High School — other than Mr. Burish — filed a report with law enforcement or child protective services, or otherwise connected me to any outside assistance. The

abuse at home continued through my senior year, at which point my mother kicked me out of the house and I moved in with my then-boyfriend.

9. I also saw Staff Member A (identified in the Complaint) frequently give massages to female students in the classroom.

10. Further Declarant sayeth not.

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct to the best of my knowledge.

Executed on this _____03/14/2026_____, 2026.

Signed by Amara Calmes
*Amara Calmes* — I approve this document
3/15/2026 12:42 AM UTC

Amara Calmes

3