## EXHIBITS

### Exhibit 1 — Board's February 17, 2023 Public Statement

 **OCONTO FALLS PUBLIC SCHOOL DISTRICT**

*Commitment to Excellence*

Dr. Dean R. Hess, Superintendent
200 North Farm Road
Oconto Falls, WI 54154
Phone: 920-848-4471
Fax: 920-848-4474
dean.hess@of-ps.org

**Oconto Falls School District**
**For Immediate Release**
**17 February 2023**

*The following is provided as an update concerning the Oconto Falls School District's investigation concerning the contents of a series of social media posts from the last weekend of January. These posts accused a member of the school district staff of inappropriate conduct involving students. After a thorough investigation by district administration and consultation with the Board of Education, the conclusion of the investigation is that there is no evidence supporting any allegation of any inappropriate conduct, nor is there any evidence to support the assertion that the school administration failed to address prior reports of such concerns. No students have been at any time relative to this situation at any risk and there is no reason to believe any present threat exists to the safety of any students.*

*This investigation was initiated by a social media posting of conclusory statements regarding a staff member's inappropriate conduct. The District values all school staff and wish to remind all that public accusations such as those made in this situation, pose significant threat to the staff member's professional and personal well-being, as well as that of their family members, and creates unnecessary and unjustified concern on the part of all students and parents. The District greatly values and appreciates the community's interest and encourages students or parents with information of potential concerns to please contact a member of the school administration so that the concerns may be investigated. Respectfully consider the potential impact on a person wrongly accused of such conduct before making allegations on a social media platform or another public forum. The District's administrative officials will immediately investigate any concerns brought forward regarding student safety in particular, just as was the case in this instance.*

34