**Exhibit 2 — Student Social Media Communications Concerning Jeffrey Trochil**

The following social media messages are from minor students expressing major concerns about Trochil. The District responded to these concerns with its February 17, 2023 public statement in Exhibit 1.



Well it was kinda weird when ███ did something wrong he was like

I really like u ███ but balalaika

And ever

Ext

He always give me a weird feeling though like in gym he always make us do squats and tells the girls how good their form is

Idk I feel uncomfortable around him

He also walked Into the locker rooms

Boys and girls

ME

Yep hes fired 100 percent

███ 🌹🌹🌹🌹🌹🌹🌹🌹

Why?

ME

Bc my parents are pissed

███ 🌹🌹🌹🌹🌹🌹🌹

Why

Did u tell them everything

ME

Him being a pervert

He



**ME**  7:45 PM

 what other storys of mr trochile do you have

7:46 PM

i just saw ur story i'm a bout to tell my mom and i'll tell you in a bit

**ME**  7:46 PM

Okay
Yeah

7:47 PM

well he has walked in on the girls locker room multiple times and he was caressing up and down on one of  friends thighs when she didn't do the stretches right and lemme think of more

1 he went in the girls bathroom well there were girls in there and he looks girl up and down and lots more

He's so weird and he just stares at us all and I've seen him staring at others it makes me uncomfortable.

37

One time I was in the bathroom in the locker room and I was late so he came into the girls locker room and I told him I was still changing qnd he still came in qnd i didn't even have my shirt on qnd he didn't care cuz then he yelled at me cuz I was late.

He looks at every girls ass
Makes us to weird af streaches
Makes only the girls jump rope in front of him
Goes in to the girls locker room for a long amount of time

38