**Exhibit 3 — The Gayle Gander Photograph Taken by D.P.**

Because of the Board's February 17, 2023 social media post, shaming parents and children who expressed concerns about Trochil, D.P., who took the following photograph of Gander with another minor student, was scared and delayed in reporting this photograph:

