# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMANDA WATZKA, et al.,
                    Plaintiffs,

v.                                              Case No. 26-CV-392

THE BOARD OF EDUCATION OF
OCONTO FALLS PUBLIC SCHOOL DISTRICT,
                    Defendant.

## ORDER

The plaintiffs initiated this action on March 11, 2026. (ECF No. 1.) Five days later, they filed an amended complaint on March 16, 2026. (ECF No. 7.) The court granted the plaintiffs leave to file a second amended complaint on March 31, 2026. (ECF Nos. 17, 18.) On April 3, 2026, the plaintiffs sought to supplement their complaint pursuant to Fed. R. Civ. P. 15(d). (ECF No. 19.) On April 15, 2026, the plaintiffs apparently abandoned their effort to supplement their second amended complaint and instead now seek to file a third amended complaint. (ECF No. 20.)

The defendant recently sought leave to file a 50-page response to the plaintiffs' motion to file a third amended complaint. (ECF No. 23.) The defendant then filed a motion to dismiss the third amended complaint, *i.e.*, the complaint that the plaintiffs have not yet even filed. (ECF No. 25.)

This case is not even out of the gate, and the plaintiffs are on their fourth complaint, and the docket is muddied with motions. Rather than allowing the briefing

on the motion to amend, the court finds it necessary to act now to get this case back on track. The court will not bog itself down with the reasons this case has drifted off course; they are beside the point. Ultimately, "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Litigating all claims together in one action, including claims that arose subsequent to the filing of the initial complaint, is a good reason to permit amendment, particularly when the case has not yet advanced beyond the preliminary stage and there will be no prejudice to the defendant.

Therefore, the plaintiffs' motion to file a third amended complaint (ECF No. 20) is **granted**. The Clerk shall docket the proposed third amended complaint as the third amended complaint.

The plaintiffs' motion to file a supplemental complaint (ECF No. 19) is **dismissed as moot**.

The defendant's motion to file an oversized response to the plaintiffs' motion to amend (ECF No. 23) is **dismissed as moot**.

The defendant's motion to dismiss (ECF No. 25) is **denied without prejudice** as premature, having been filed before the plaintiffs obtained leave to file a third amended complaint.

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 13th day of May, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge

2