**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| AMANDA WATZKA, *et al.*, | ) | |
| | ) | Case No. 26-cv-00392 |
| Plaintiffs, | ) | |
| | ) | The Hon. Judge Byron B. Conway |
| v. | ) | |
| | ) | Magistrate Judge Nancy Joseph |
| THE BOARD OF EDUCATION OF OCONTO FALLS PUBLIC SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) MOTION FOR ORDER DISMISSING WITH PREJUDICE THE CLAIMS OF PLAINTIFF BRIANNA KAIN**

NOW COMES Plaintiff Brianna Kain, by and through her undersigned counsel, and respectfully moves this Honorable Court for an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing her claims in Count 4, 7, and 8 with prejudice. Plaintiff Kain continues to stand by the allegations she has made in this action. However, for personal reasons and based on her own decision, she desires to dismiss her claims. This request applies only to the claims of Plaintiff Brianna Kain. It is not intended to dismiss the claims or counts of Plaintiffs Amanda Watzka, Brooke La Count, Grace Williams, Kayla Kasper, Jesse Kasal, or D.P., a minor, by her Next Friend, Brianne Carriveau, all of which remain pending.

WHEREFORE, Plaintiff, Brianna Kain, respectfully requests that this Honorable Court enter an order dismissing her claims with prejudice.

Respectfully submitted,

**For Plaintiff Brianna Kain:**

DISPARTI LAW GROUP, P.A.

By: */s/ Cass T. Casper*
Cass T. Casper, Esq.
WIED Bar Number 6303022

121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
P: (312) 506-5511 ext. 331
E: cass.casper@dispartilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I caused the foregoing FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) MOTION FOR ORDER DISMISSING WITH PREJUDICE THE CLAIMS OF PLAINTIFF BRIANNA KAIN to be filed with the Clerk of Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Cass T. Casper*