DISPARTI Law Group
www.DispartiLaw.com
Mailing Address:
121 West Wacker Drive, Suite 2300
Chicago, IL 60601

Phone: (312) 506-5511
Fax: (312) 846-6363

October 19, 2026

VIA ECF

Hon. Bryon B. Conway
United States District Court
Eastern District of Wisconsin
United States Courthouse
125 South Jefferson Street
Green Bay, WI 54301

Re: *Watzka et al. v. The Board of Education of Oconto Falls Public School District*, Case No. 26-cv-392, Dkt. 23

Dear Judge Conway:

Plaintiffs write to make a record of continued communications from non-party John Batchelor. Plaintiffs are not seeking relief and are not asking the Court to revisit its ruling denying Plaintiffs' request for a temporary restraining order.

The conduct previously raised with the Court relative to Mr. Batchelor's communications has continued and is escalating. On October 14 and 15, 2026, Mr. Batchelor sent me the attached email chain. In it, he demanded that I respond to all of his future emails, submit draft communications to certain Plaintiffs for his approval, and have those Plaintiffs contact and thank him. He threatened to file a professional complaint against me if his demands were not met by 9:30 a.m. and to send that complaint to "hundreds of email contacts" and opposing counsel. He also stated that if he did not hear from me and certain Plaintiffs by that deadline, he could "practically guarantee" the case would be dismissed. Over the weekend and today, Mr. Batchelor wrote to my office demanding money and threatening me.

This conduct is interfering with my ability to prosecute this case. On October 14, I contacted a potential witness. Mr. Batchelor learned of that contact and then sent a number of threatening emails. When the witness asked to speak with me the next morning, I did not feel able to speak with that witness because of Mr. Batchelor's threats. I also have obtained an affidavit from a new witness with relevant information, but I am hesitant to identify that witness or submit the affidavit in this suit, out of concern that doing so would expose the witness to Mr. Batchelor, who appears to seek out anyone involved in this suit.

Mr. Batchelor is not a party, is not counsel, and has no role in this litigation. The attached email chain has been redacted to remove a witness name and personal identifying information.

Dated: October 19, 2026

Respectfully submitted,

By: */s/ Cass T. Casper*


Cass T. Casper, Esq. (IL #6303022)
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, Illinois 60601
P: (312) 506-5511
E: cass.casper@dispartilaw.com


**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Cass T. Casper*
Cass T. Casper, Esq.

| | |
|---|---|
| **From:** | John Batchelor |
| **To:** | Cass Casper; Larry Disparti |
| **Subject:** | Re: John Batchelor v. Disparti Law Group (Civil Lawsuit) |
| **Date:** | Monday, October 19, 2026 4:26:32 PM |

CAUTION: This email is a recipient that is outside of the organization.

Attorney Casper and Attorney Disparti,

I currently plan to seek approximately $500,000 (five hundred thousand dollars) in damages when I file the civil lawsuit against Disparti Law Group.

I am willing to accept a lump sum payment of $300,000 (three hundred thousand dollars) from Disparti Law Group to settle all matters since this would allow me to avoid attorney fees and media publicity, and also save me a great deal of time.

Please reply to indicate whether Disparti Law Group is willing to provide a lump sum payment of $300,000 (three hundred thousand dollars) to me as part of a confidential settlement agreement.

If we cannot reach an amicable settlement agreement, I anticipate that it will take approximately three months to gather all relevant documents, witness statements, and other evidence and file the lawsuit.

Respectfully,

John Batchelor, Ph.D.

----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Mon, Oct 19, 2026 at 9:06 AM John Batchelor <batchj9@gmail.com> wrote:

> Attorney Casper and Attorney Disparti,
>
> I have attached four documents I plan to include as Exhibits when I file the civil lawsuit against Disparti Law Group.
>
> Of course, I am free to post the documents online and share them with absolutely anyone.
>
> I am also free to reach out to anyone and everyone named in the attached documents.
>
> Respectfully,
>
> John Batchelor, Ph.D.
>
> ----------------------
> John Batchelor
> P.O. Box 1102

Ames, IA 50014
(515) 357-0043

On Sat, Oct 17, 2026 at 1:18 PM John Batchelor <batchj9@gmail.com> wrote:

Attorney Casper and Attorney Disparti,

I plan to file a civil lawsuit against Disparti Law Group in approximately a month.

The lawsuit will be based on several causes of action, including but not limited to the following:

1. Intentional Infliction of Emotional Distress
2. Pain and Suffering
3. Negligence
4. Medical Expenses (i.e., the entire cost of my recent hospitalization)
5. Punitive Damages

I am still in the early stages of preparing for the civil lawsuit, but to be fair, I am sharing the details that have been determined as of today.

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

| | |
|---|---|
| **From:** | John Batchelor |
| **To:** | Cass Casper; Larry Disparti |
| **Subject:** | John Batchelor v. Disparti Law Group (Civil Lawsuit) |
| **Date:** | Saturday, October 17, 2026 1:19:04 PM |

CAUTION: This email is a recipient that is outside of the organization.

Attorney Casper and Attorney Disparti,

I plan to file a civil lawsuit against Disparti Law Group in approximately a month.

The lawsuit will be based on several causes of action, including but not limited to the following:

1. Intentional Infliction of Emotional Distress
2. Pain and Suffering
3. Negligence
4. Medical Expenses (i.e., the entire cost of my recent hospitalization)
5. Punitive Damages

I am still in the early stages of preparing for the civil lawsuit, but to be fair, I am sharing the details that have been determined as of today.

Respectfully,

John Batchelor, Ph.D.

----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

| | |
|---|---|
| **From:** | John Batchelor |
| **To:** | Cass Casper; Larry Disparti |
| **Subject:** | Re: URGENT: Question re: Summer Munao / REPLY ASAP (John Batchelor) |
| **Date:** | Thursday, October 15, 2026 12:53:28 AM |

CAUTION: This email is a recipient that is outside of the organization.

Attorney Casper,

In an effort to prevent the "unredacted records" situation (which I genuinely regret, even though the burden of proper redaction rests with the school district) from repeating itself, I am willing to forward all records I receive from the Kaukauna Area School District in the future to you so you can review them before I share them with a larger group of people and entities. In order for such an arrangement to be workable, you **MUST** agree to respond to all of my future emails in a timely manner.

You have put me in an **incredibly distressing situation** where I **want to support the case and all Plaintiffs**, but a dishonest and unethical attorney is preventing two Plaintiffs from communicating with me and also giving me the silent treatment. You have **no idea** how your dishonesty and outright corruption are **affecting my mental health and well-being**.

**I will submit the formal complaint and supporting documentation at 9:30 AM TODAY (Thursday, October 15) if there is no response.**

Respectfully,

John Batchelor, Ph.D.

-----------------------

John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Wed, Oct 14, 2026 at 10:57 PM John Batchelor <batchj9@gmail.com> wrote:

> Attorney Casper,
>
> Brianne (Brie) Carriveau and Summer Munao have both reassured me that they are **NOT** angry or upset with me over my sharing of the unredacted Messenger correspondence I received from Superintendent Mike Slowinski of the Kaukauna Area School District.
>
> I briefly asked Brie if she had any hard feelings from my earlier conflict with her, and she replied, **"OMG John no I'm so over that. You and I are so good."**
>
> **You know I have** [redacted]
>
> You need to **stop messing with my friendships**. I was Facebook friends with Grace Williams and Kayla Kasper until you directed them to stop responding to my communications. My offer to hold off with the complaint is **contingent** on me re-establishing friendly correspondence with Grace and Kayla.

You **MUST** make amends to ameliorate the serious harm you have caused with respect to [redacted]

If you wish to stay licensed as an attorney, you need to reply as soon as you possibly can and promise to agree to all terms I referenced in my email of 9:57 PM.

## Otherwise, I will submit the formal complaint and supporting documentation at 9:30 AM tomorrow.

All you need to do to persuade me to call off the complaint is to provide a two sentence reply promising to agree to all terms I referenced in my email of 9:57 PM, and complete all related tasks as soon as you possibly can.

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Wed, Oct 14, 2026 at 10:23 PM John Batchelor <batchj9@gmail.com> wrote:

> Attorney Casper,
>
> I am literally **in the middle of a friendly dialogue with Brianne (Brie) Carriveau** regarding the **unredacted Messenger correspondence I received** from Superintendent Mike Slowinski of the Kaukauna Area School District.
>
> If her friendly interactions with me suddenly change, or if she suddenly refuses to correspond with me, I **will incorporate** the evidence into my complaint.
>
> I am asking you to reply **AS SOON AS POSSIBLE**(**!**) to indicate whether you agree to **ALL** of the terms I have referenced.
>
> Respectfully,
>
> John Batchelor, Ph.D.
>
> -----------------------
> John Batchelor
> P.O. Box 1102
> Ames, IA 50014
> (515) 357-0043
>
> On Wed, Oct 14, 2026 at 10:08 PM John Batchelor <batchj9@gmail.com> wrote:
>
>> Attorney Casper,
>>
>> I want to see drafts of your emails to Grace Williams and Kayla Kasper detailing all of the ways I have helped with the case, how thankful you are for my ongoing efforts to support the case, and

why they should thank me directly as well.

You have previously trusted me with draft documents.  Once you send me the draft emails, I will tell you if they are acceptable.

Respectfully,

John Batchelor, Ph.D.

----------------------

John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Wed, Oct 14, 2026 at 9:57 PM John Batchelor <batchj9@gmail.com> wrote:

Attorney Casper,

Why are you suddenly so eager to have a phone conversation with [redacted]?

**[redacted] and I have both told [redacted] plenty about your lack of respect for me**, giving me the silent treatment even though I continue to send you records in an effort to **HELP** your case.

As I recall, I was already sending you public records before you even filed the case.

You **asked** me to research teachers and coaches who have lost their licenses but are still employed within Wisconsin's school system, and I gladly completed the research **without** charging a dime.

I can assure you that [redacted] will tell me if you say anything negative or disrespectful about me.

It is my understanding that you have told Grace Williams and Kayla Kasper not to respond to my communications.

If you wish to stay licensed as an attorney, I strongly urge you to rescind those directives **immediately** and ask Grace and Kayla to contact me ASAP and **thank me** for everything I am doing to help with the case.

I am prepared to file a **new complaint against you tomorrow**, including new evidence of dishonest and unethical practices, if I do not receive a direct reply from you.

I will also send copies of the formal complaint to hundreds of email contacts and to opposing counsel.  You may not realize how much dishonesty I have documented.

If you make **any attempt** to ruin my friendships with Amanda Watzka or Brianne (Brie) Carriveau (or **ANYONE ELSE**), I will incorporate the related evidence into the complaint.  **Again, you probably have no idea how meticulously I document everything.**

If I do not hear from you (**AND** Grace and Kayla) by 9:30 AM tomorrow morning, I can practically guarantee that your case (**which I want to support**) will be dismissed.

Your reply **MUST** include a genuine message of gratitude thanking me for all of my help thus far, and thanking me in advance for my future help.  You **MUST** also agree to **RESPOND** to all of my

future emails as soon as you *possibly* can.

**If that is too much to ask of you, I will submit the formal complaint and supporting documentation at 9:30 AM tomorrow.**

If you say **anything** negative about me to **anyone**, I will document the evidence (**including anyone suddenly "unfriending" or blocking me on Facebook**) in support of my efforts to have your license revoked.

**I would love to continue supporting your case**, but my hands are tied if you fail to complete **ANY** necessary task by **9:30 AM tomorrow.**

**PLEASE REPLY IMMEDIATELY AFTER READING THE PRESENT EMAIL.**

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

| | |
|---|---|
| **From:** | John Batchelor |
| **To:** | Cass Casper; Larry Disparti |
| **Subject:** | Re: URGENT: Question re: Summer Munao / REPLY ASAP (John Batchelor) |
| **Date:** | Thursday, October 15, 2026 12:53:28 AM |

CAUTION: This email is a recipient that is outside of the organization.

Attorney Casper,

In an effort to prevent the "unredacted records" situation (which I genuinely regret, even though the burden of proper redaction rests with the school district) from repeating itself, I am willing to forward all records I receive from the Kaukauna Area School District in the future to you so you can review them before I share them with a larger group of people and entities. In order for such an arrangement to be workable, you **MUST** agree to respond to all of my future emails in a timely manner.

You have put me in an **incredibly distressing situation** where I **want to support the case and all Plaintiffs**, but a dishonest and unethical attorney is preventing two Plaintiffs from communicating with me and also giving me the silent treatment. You have **no idea** how your dishonesty and outright corruption are **affecting my mental health and well-being**.

**I will submit the formal complaint and supporting documentation at 9:30 AM TODAY (Thursday, October 15) if there is no response.**

Respectfully,

John Batchelor, Ph.D.


-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043


On Wed, Oct 14, 2026 at 10:57 PM John Batchelor <batchj9@gmail.com> wrote:

> Attorney Casper,
>
> Brianne (Brie) Carriveau and Summer Munao have both reassured me that they are **NOT** angry or upset with me over my sharing of the unredacted Messenger correspondence I received from Superintendent Mike Slowinski of the Kaukauna Area School District.
>
> I briefly asked Brie if she had any hard feelings from my earlier conflict with her, and she replied,
> **"OMG John no I'm so over that. You and I are so good."**
>
> **You know I have a mental health condition called rejection fear, medically termed "Rejection Sensitive Dysphoria."**
>
> You need to **stop messing with my friendships**. I was Facebook friends with Grace Williams and Kayla Kasper until you directed them to stop responding to my communications. My offer to hold off with the complaint is **contingent** on me re-establishing friendly correspondence with Grace and Kayla.

You **MUST** make amends to ameliorate the serious harm you have caused with respect to my mental health, including my hospitalization approximately two months ago.

If you wish to stay licensed as an attorney, you need to reply as soon as you possibly can and promise to agree to all terms I referenced in my email of 9:57 PM.

**Otherwise, I will submit the formal complaint and supporting documentation at 9:30 AM tomorrow.**

All you need to do to persuade me to call off the complaint is to provide a two sentence reply promising to agree to all terms I referenced in my email of 9:57 PM, and complete all related tasks as soon as you possibly can.

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Wed, Oct 14, 2026 at 10:23 PM John Batchelor <batchj9@gmail.com> wrote:

> Attorney Casper,
>
> I am literally **in the middle of a friendly dialogue with Brianne (Brie) Carriveau** regarding the **unredacted Messenger correspondence I received** from Superintendent Mike Slowinski of the Kaukauna Area School District.
>
> If her friendly interactions with me suddenly change, or if she suddenly refuses to correspond with me, I **will incorporate** the evidence into my complaint.
>
> I am asking you to reply **AS SOON AS POSSIBLE**(**!**) to indicate whether you agree to **ALL** of the terms I have referenced.
>
> Respectfully,
>
> John Batchelor, Ph.D.
>
> -----------------------
> John Batchelor
> P.O. Box 1102
> Ames, IA 50014
> (515) 357-0043
>
> On Wed, Oct 14, 2026 at 10:08 PM John Batchelor <batchj9@gmail.com> wrote:
>
>> Attorney Casper,
>>
>> I want to see drafts of your emails to Grace Williams and Kayla Kasper detailing all of the ways I have helped with the case, how thankful you are for my ongoing efforts to support the case, and

why they should thank me directly as well.

You have previously trusted me with draft documents. Once you send me the draft emails, I will tell you if they are acceptable.

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043

On Wed, Oct 14, 2026 at 9:57 PM John Batchelor <batchj9@gmail.com> wrote:

Attorney Casper,

Why are you suddenly so eager to have a phone conversation with Summer Munao?

**Jessica Pecha and I have both told Summer plenty about your lack of respect for me**, giving me the silent treatment even though I continue to send you records in an effort to **HELP** your case.

As I recall, I was already sending you public records before you even filed the case.

You **asked** me to research teachers and coaches who have lost their licenses but are still employed within Wisconsin's school system, and I gladly completed the research **without** charging a dime.

I can assure you that Summer will tell me if you say anything negative or disrespectful about me.

It is my understanding that you have told Grace Williams and Kayla Kasper not to respond to my communications.

If you wish to stay licensed as an attorney, I strongly urge you to rescind those directives **immediately** and ask Grace and Kayla to contact me ASAP and **thank me** for everything I am doing to help with the case.

I am prepared to file a **new complaint against you tomorrow**, including new evidence of dishonest and unethical practices, if I do not receive a direct reply from you.

I will also send copies of the formal complaint to hundreds of email contacts and to opposing counsel. You may not realize how much dishonesty I have documented.

If you make **any attempt** to ruin my friendships with Amanda Watzka or Brianne (Brie) Carriveau (or **ANYONE ELSE**), I will incorporate the related evidence into the complaint. **Again, you probably have no idea how meticulously I document everything.**

If I do not hear from you (**AND** Grace and Kayla) by 9:30 AM tomorrow morning, I can practically guarantee that your case (**which I want to support**) will be dismissed.

Your reply **MUST** include a genuine message of gratitude thanking me for all of my help thus far, and thanking me in advance for my future help. You **MUST** also agree to **RESPOND** to all of my

future emails as soon as you *possibly* can.

**If that is too much to ask of you, I will submit the formal complaint and supporting documentation at 9:30 AM tomorrow.**

If you say **anything** negative about me to **anyone**, I will document the evidence (**including anyone suddenly "unfriending" or blocking me on Facebook**) in support of my efforts to have your license revoked.

**I would love to continue supporting your case**, but my hands are tied if you fail to complete **ANY** necessary task by **9:30 AM tomorrow.**

**PLEASE REPLY IMMEDIATELY AFTER READING THE PRESENT EMAIL.**

Respectfully,

John Batchelor, Ph.D.

-----------------------
John Batchelor
P.O. Box 1102
Ames, IA 50014
(515) 357-0043